STANLEY R. APPS (SBA No. 309425)
Law Offices of Robert S. Gitmeid, P.C.
4424 Bellingham Avenue
Studio City, CA 91604
Telephone: (310) 709-3966
Email: stanley.a@gitmeidlaw.com

*Attorneys for Plaintiff Angelina Rojo*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Angelina Rojo,<br><br>    Plaintiff,<br><br>    v.<br><br>Capital One Bank (USA), N.A.; and Experian Information Solutions, Inc.,<br><br>    Defendants. | Case No.: 8:23-cv-02271-CJC-JDE<br><br>**NOTICE OF SETTLEMENT WITH EXPERIAN INFORMATION SOLUTIONS, INC. ONLY**<br><br>Judge: Hon. Cormac J. Carney |

## NOTICE OF SETTLEMENT
## WITH EXPERIAN INFORMATION SOLUTIONS, INC. ONLY

TO THIS HONORABLE COURT AND ALL ATTORNEYS OF RECORD:

   The Plaintiff, ANGELINA ROJO, by and through counsel, hereby notifies the Court that the Plaintiff has reached a settlement agreement with Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian") in this matter. The settlement agreement is conditioned upon certain specified future performances by Experian. Upon completion of said performances by Defendant, Plaintiff intends to file a dismissal with prejudice as to Experian.

   Dated: January 30, 2024

                                    _____
                                    Stanley R. Apps
                                    *Attorneys for Plaintiff*