STANLEY R. APPS (SBA No. 309425)
Law Offices of Robert S. Gitmeid, P.C.
4424 Bellingham Avenue
Studio City, CA 91604
Telephone: (310) 709-3966
Email:  stanley.a@gitmeidlaw.com

*Attorneys for Plaintiff Angelina Rojo*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Angelina Rojo,<br><br>Plaintiff,<br><br>v.<br><br>Capital One Bank (USA), N.A.; and Experian Information Solutions, Inc.,<br><br>Defendants. | Case No.: 8:23-cv-02271-CJC-JDE<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE**<br><br>Judge: Hon. Cormac J. Carney |

**NOTICE OF SETTLEMENT OF ENTIRE CASE**

TO THIS HONORABLE COURT AND ALL ATTORNEYS OF RECORD:

The Plaintiff, ANGELINA ROJO, by and through counsel, hereby notifies the Court that the Plaintiff has reached a settlement agreement with all Defendants in this matter. The settlement agreement is conditioned upon certain specified future performances by the Defendants. Upon completion of said performances by each Defendant, Plaintiff intends to file a dismissal with prejudice as to each Defendant.

Dated: March 29, 2024

_____
Stanley R. Apps
*Attorneys for Plaintiff*