UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:23-cv-02271-CJC (JDEx) | Date | March 29, 2024 |
| Title | Angelina Rojo v. Capital One Bank, et al | | |

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Deborah Lewman for Rolls Royce Paschal
Deputy Clerk

Not Reported
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                  None Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT**

The Court, having been notified by a Notice of Settlement [13] that the case settled, hereby orders this action dismissed without prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

The Court retains jurisdiction for forty-five (45) days to vacate this order and to reopen the action upon showing of good cause that the settlement has not been completed.

\_\_ : \_\_

Initials of Deputy Clerk   djl